UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT S. MUELLER, III, et. al. ) <br> ) <br> Defendants. ) <br> ) | Case No: 06-2216 (JDB) |

## ANSWER

Defendant, Federal Bureau of Investigation ("FBI"), by and through its undersigned attorneys, hereby answers the Plaintiff's complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over some or all of Plaintiff's claims as Defendant is not improperly withholding any documents responsive to Plaintiff's requests.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted as Defendant is not improperly withholding any documents responsive to Plaintiff's requests.

### SPECIFIC RESPONSES

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant further responds to Plaintiff's Complaint as follows by responding to the numbered paragraphs of the Complaint:

1.  Paragraph 1 is Plaintiff's statement of his case, to which no response is required. To the extent that they may be deemed allegations of fact, they are denied.

2.  Paragraph 2 is Plaintiff's statement of his case, to which no response is required. To the extent that they may be deemed allegations of fact, they are denied

3. The allegations in paragraph 3 set forth Plaintiff's allegations regarding jurisdiction, to which no response is required. To the extent that they may be deemed allegations of fact, they are denied.

4. The allegations in paragraph 4 set forth Plaintiff's allegations regarding venue, to which no response is required. To the extent they may be deemed allegations of fact, they are denied.

5. Defendant denies the allegations in paragraph 5 for lack of knowledge or information sufficient to form a belief as to their truth.

6. Defendant admits the allegations in paragraph 6.

7. Defendant admits the allegations in paragraph 7.

8. Defendant admits that it received FOIA requests dated October 9, 2006 in each of the following FBI field offices: Jacksonville, Miami, Tampa, Baltimore, Newark, New York, Norfolk and Richmond, for documents relating to Plaintiff. Defendant denies that the "Joint Terrorism Task Force" ("JTTF") is an "office" and avers that the JTTF is located at FBI Headquarters (FBIHQ). Plaintiff's request for FBIHQ records regarding himself is being litigated in civil action #06-1222.

9. Defendant denies the allegations of paragraph 9. Defendant avers that on November 13, 2006, Defendant sent a letter to Plaintiff acknowledging receipt of his requests to the Baltimore, New York and Washington, DC field offices. Plaintiff was advised that these requests were assigned FOIPA #1062246-00 and further advised that FBI was processing his requests. Defendant further avers that on November 21, 2006, Defendant sent another letter to Plaintiff acknowledging receipt of his requests to the Jacksonville, Miami, Newark, Norfolk,

Tampa and Richmond field offices. Plaintiff was advised that these requests would also be handled under FOIPA #1062246-00 and that the FBI was processing his requests. Defendant avers that on February 5, 2007, Defendant sent another letter to Plaintiff advising him that no records regarding Plaintiff were located in any of the identified FBI field offices.

10. Defendant denies the allegations in paragraph 10.

11. Defendant incorporates by reference its responses to paragraphs 1 through 10.

12. Defendant admits that it did not complete searches of all identified field offices and provide a full response to Plaintiff within twenty business days. To the extent that any remaining allegations of paragraph 12 constitute legal conclusions, no response is necessary.

13. Defendant denies the allegations in paragraph 13.

14. Defendant incorporates by reference its responses to paragraphs 1 through 13.

15. Defendant denies the allegations in paragraph 15.

16. Defendant denies the allegations in paragraph 16 for lack of knowledge or information sufficient to form a belief as to their truth.

19.[1] The allegations contained in paragraphs 19 set forth Plaintiff's prayer for relief, to which no response is required. Defendant nonetheless denies that Plaintiff is entitled to the relief set forth in paragraph 19, or to any relief whatsoever.

Defendant denies any remaining allegations not specifically admitted above. Defendant further denies that Plaintiff is entitled to the relief sought in the complaint or to any relief whatsoever. ACCORDINGLY, Defendant requests that the Court dismiss the case and enter judgment for Defendant, order that the complaint be dismissed, and grant Defendant any other

---

[1] Plaintiff's complaint does not contain ¶¶ 17 and 18.

just and equitable relief as the Court may deem just and proper.

                                Respectfully submitted,

/s/ Jeffrey A. Taylor (KL)
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras (KL)
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)