UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROBERT S. MUELLER, III, et. al. )<br>)<br>Defendants. )<br> | Case No: 06-2216 (JDB) |

### NOTICE OF ENTRY OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the Federal Bureau of Investigation and the Department of Justice, Defendants in the above-captioned civil action.

__/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street N.W., Rm E-4417
Washington, D.C.  20530
(202) 514-1950
quan.luong@usdoj.gov