UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT S. MUELLER, III, Director, )<br>Federal Bureau of Investigation, and )<br>ALBERTO R. GONZALES, Attorney )<br>General, United States Department )<br>of Justice, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1222 (RJL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

THE CLERK OF THIS COURT will please **enter** the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendants in the above-captioned case, and **withdraw** the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: March 30, 2007.

Respectfully submitted,

_/s/ Jane M. Lyons_
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 (phone)
(202) 514-8780 (fax)
Jane.Lyons@usdoj.gov

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-1950
Quan.Luong@usdoj.gov