UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUAN CARLOS GINARTE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ROBERT S. MUELLER, III, Director,** )<br>**Federal Bureau of Investigation**, and )<br>**ALBERTO R. GONZALES, Attorney** )<br>**General, United States Department** )<br>**of Justice,** )<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 06-2216 (RJL) |

### ERRATA

Counsel for defendants respectfully submits this errata to the Notice of Substitution of Counsel recently filed as Docket Entry No. 6. The original Notice mis-identified the Civil Action Number for this case, and the correct case number appears above. Undersigned counsel for defendants apologizes for the error which resulted from an excess of the use of the cut-and-paste function coupled with a scarcity of time based on defense counsel's heavy docket of active cases.

Dated: April 2, 2007.

Respectfully submitted,

/s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161 (ph); (202) 514-8780 (fax)
Jane.Lyons@usdoj.gov