UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUAN CARLOS GINARTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2216 (RJL) |
| | ) | |
| ROBERT S. MUELLER, III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, the parties, through their undersigned counsel, respectfully submit this joint status report.

This case is brought under the Freedom of Information Act, 5 U.S.C. § 552. The Federal Bureau of Investigation has not located any documents in response to plaintiff's requests for information about himself. Defendants are filing their dispositive motion today, August 3, 2007. Plaintiff currently intends to file his opposition on August 17, 2007, and defendants would respectfully request until August 31, 2007 to file their reply. Accordingly, this matter should be ripe for disposition by the Court as of September 1, 2007.

Dated: August 3, 2007.

Respectfully submitted,

/s/_____
JONATHAN L. KATZ, #425615
Marks & Katz, L.L.C.
1400 Spring Street
Suite 410
Silver Spring, MD 20910
(301) 495-8815

Counsel for Plaintiff

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161

Counsel for Defendants