## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**JUAN CARLOS GINARTE**
4000 Tunlaw Rd., NW
Apt. 325
Washington, DC 20007

       Plaintiff,

       v.               Civil Action No. _____

**ROBERT S. MUELLER, III**
**Director, Federal Bureau of Investigation**
J. Edgar Hoover Bldg.
935 Pennsylvania Ave., NW
Washington, DC 20535

       and

**ATTORNEY GENERAL ALBERTO GONZALES**
**U.S. Dept. of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530

       Defendants.
_____/

## COMPLAINT FOR DECLARATORY JUDGMENT,
## INJUNCTIVE RELIEF, DAMAGES, AND ATTORNEYS' FEES

COME NOW the Plaintiff, Juan Carlos Ginarte, by and through his attorneys, Jonathan L. Katz, and the law firm of Marks & Katz, LLC, and represents to this honorable Court as follows:

### I. NATURE OF ACTION

1.     This is an action to compel the disclosure of material sought under the Freedom of Information Act, Privacy Act, and all other applicable laws.

### II. JURISDICTION AND VENUE

2.     This action is brought pursuant to 5 U.S.C. § 552 and 5 U.S.C. § 552(a)(4)(B) to enjoin and order the United States Department of State ("State Department") to produce State

Department records improperly withheld from Plaintiff.

 3. Jurisdiction in this Court is conferred by 5 U.S.C. § 552(a)(4)(B), which confers this Court with the authority to enjoin agencies from withholding agency records improperly withheld under the Freedom of Information Act ("FOIA").

 4. Venue in this Court is conferred by 5 U.S.C. § 552(a)(4)(B), which provides that a complaint thereunder be filed in the district in which the complainant resides (Plaintiff resides in the District of Columbia), or has his principal place of business, or in which the agency records are situated.

## III. PARTIES

 5. Plaintiff JUAN CARLOS GINARTE (hereinafter "Ginarte"), is a District of Columbia resident, living at 4000 Tunlaw Rd., NW, Apt. 325, Washington, DC 20007

 6. Defendant ROBERT S. MUELLER, III is the Director of the United States Federal Bureau of Investigation.

 7. Defendant ATTORNEY GENERAL ALBERTO GONZALES is the Attorney General of the United States. As Attorney General, he is the head of the United States Justice Department. Defendant Robert S. Mueller, III's FBI is part of the United States Justice Department.

## IV. ALLEGATIONS

 8. On Ocrtober 5, 2006, by certified mail, Plaintiff sent the a FOIA Request and Privacy Act Waiver requesting all documents relating to Plaintiff that was addressed to the following FBI offices: the FBI Joint Terrorism Task Force, and the FBI field offices in Washington, D.C., Jacksonville, North Miami Beach, Tampa Baltimore, Newark, New York, Norfolk, and Richmond. Each office received said FOIA Request in October 2006.

 9. None of the FBI offices listed in ¶ 7, *supra*, has substantively replied to Plaintiff's FOIA request, other than that several of the offices wrote correspondence that the FOIA Request was being processed.

10.     Plaintiff has exhausted his administrative remedies, in that the FBI offices listed in ¶ 7, *supra*, failed to comply with the applicable time limit provisions of the Freedom of Information Act, at 5 U.S.C. § 552(a)(6)(A), which requires the FBI to determine within twenty business days after the receipt of a FOIA request whether to comply with such request and to immediately notify the requestor of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination. 5 U.S.C. § 552(a)(6)(C)(i),

**COUNT I**

**PLAINTIFF IS ENTITLED TO THE DOCUMENTS SOUGHT IN HIS FOIA REQUEST**

11.     Plaintiff realleges and incorporates herein paragraphs 1 through 10 as if fully restated herein.

12.     Defendants failed to reply to Plaintiffs FOIA request within twenty business days, pursuant to 5 U.S.C. § 552(a)(6)(A).

Plaintiff is entitled to obtain the documents sought in his FOIA request, pursuant to 5 U.S.C. § 552(a)(3)(A), which provides for each agency to make records promptly available to any person reasonably describing such records.

13.     Defendants did not sufficiently and reasonably search for all documents requested by Plaintiff.

**COUNT II**

14.     Plaintiff realleges and incorporate herein paragraphs 1 through 13 as if fully restated herein.

15.     Defendants have wrongfully withheld the documents sought in Plaintiff's above-described FOIA request.

16.     In his legitimate desire to pursue the rights and privileges guaranteed by the laws of the United States, Plaintiff has employed the undersigned attorneys to prosecute this action and has agreed

to pay them a reasonable fee for same.

         19.     Accordingly, Plaintiff is entitled to an award of attorney's fees as provided for by

5 U.S.C. § 552(a)(4)(E), and by all other applicable provisions of law.

**WHEREFORE**, Plaintiff respectfully requests that this Court GRANT the following relief:

        a)     A declaration that Defendants have improperly withheld the documents sought in his FOIA request described above;

        b)     An immediate hearing on this Complaint;

        c)     An Order that the Defendants forthwith provide the documents sought in Plaintiff's FOIA request;

        d)     An award of any and all attorney's fees and costs as authorized by law;

        e)     An award of all appropriate damages established by Plaintiff; and

        f)     Such other and further relief as this Court deems fit, just, and equitable.

Dated: December ____ , 2006                Respectfully submitted,

                                           **MARKS & KATZ, L.L.C.**


                                           ___/s/_____
                                           Jonathan L. Katz
                                           DC Bar No. 425-615
                                           1400 Spring St., Suite 410
                                           Silver Spring, MD 20910
                                           (301) 495-4300
                                           Fax: (301) 495-8815
                                           Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

The Plaintiff respectfully demands a jury trial on all issues so triable.

                                   __/s/_____
                                   Jonathan L. Katz