UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT S. MUELLER, III, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-2216 (RJL) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants, identified in the complaint as Robert S. Mueller, III, Director of the Federal Bureau of Investigation, and Alberto Gonzales, Attorney General of the United States, by and through undersigned counsel, respectfully move pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time for the government to file a reply brief in support of the government's motion for summary judgment.[1]  Specifically, defendants request that the deadline for their reply brief be extended from August 27, 2007 through September 24, 2007.  Plaintiff, through his counsel, has consented to the relief being sought in this motion.  The grounds for this motion are set forth below and a draft order is attached.

Defendants filed their dispositive motion in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), on August 3, 2007.  Plaintiff successfully filed his

---

[1] As of the filing of this motion, Attorney General Gonzales has resigned, and his successor in office will be automatically substituted as a defendant in this action under Rule 25(d)(1) of the Federal Rules of Civil Procedure.  As noted in defendants' motion for summary judgment, the only proper defendant in this action is the United States Department of Justice, but the government is not seeking dismissal of this action based on an error in the identification of the party.  See 5 U.S.C. § 552(a)(4)(B) and (f)(1).

opposition on August 20, 2007. In support of their motion, defendants submitted a detailed declaration from the Federal Bureau of Investigation ("FBI") to support the reasonableness and adequacy of its search for information responsive to plaintiff's multiple FOIA requests for information about himself. In his opposition, among other things, plaintiff correctly noted that the FBI's declaration did not account for the FOIA request he submitted to the Office of Intelligence and Policy Review ("OIPR"), which is located in a separate component of the Department of Justice. The reason defendants did not address a request to OIPR in their motion is that plaintiff makes no allegation, reference, or claim in the Complaint regarding a FOIA request to OIPR. See Fed. R. Civ. P. 8(a) (requiring a short, plain statement of claims); Bell Atlantic Corp. v. Twombly, --- U.S. --- , 127 S. Ct. 1955, 1964-65 (2007) (to avoid dismissal, factual allegations "must be enough to raise a right to relief above the speculative level," and that a plaintiff must make "a 'showing,' rather than a blanket assertion, of entitlement to relief.'").

At this juncture, plaintiff may not amend his complaint to add new FOIA requests to the scope of this case without leave of the Court or consent of the Department of Justice. See Fed. R. Civ. P. 15(a). Recognizing the liberal standards governing such motions and the strong interest of the Court in resolving as many of plaintiff's FOIA requests to the Department of Justice as possible with a single ruling, undersigned counsel has elected to obtain a declaration regarding the OIPR FOIA request. See Caribbean Broad. Sys., Ltd. v. Cable & Wireless P.L.C., 148 F.3d 1080, 1083 (D.C. Cir.1998) (discussing the liberal standard for amending pleadings and the Court's discretion); see also Fed. R. Civ. P. 15(b) (allowing the Court to resolve issues not raised in the pleadings with the consent of the parties).

Because plaintiff may not amend or supplement the FOIA requests in this litigation with specific requests for information that depend upon the provision of new information, such as the existence of an alleged entirely separate FOIA request, it is reasonable to allow defendants a reasonable amount of time to complete the record.  See Kowalczyk v. Department of Justice, 73 F.3d 386, 389 (D.C. Cir. 1996) (when "the requester clearly states that he wants all agency records . . regardless of their location, but fails to direct the agency's attention to any particular office other than the one receiving the request, then the agency need pursue only a lead . . . that is both clear and certain.").  Promptly after reviewing plaintiff's opposition, undersigned counsel contacted FOIA staff for the OIPR to obtain information and a declaration concerning its response to plaintiff's FOIA request.  Undersigned counsel has not yet received any information from OIPR.  Accordingly, to allow defendants sufficient time to complete the record which will ultimately assist the Court with resolving this matter completely and efficiently, a reasonable extension is being requested.

This extension of time is sought in good faith and will not unduly delay the resolution of this matter.  Plaintiff will not be unfairly prejudiced by the delay associated with this extension as, to date, he claims in his opposition not to have had any response to his FOIA request to OIPR.  This case was filed in December, 2006.  One additional month simply will not amount to significant delay by comparison.

WHEREFORE, based on the foregoing, the defendants respectfully request that the time for defendants to file a reply brief be extended through and including September 24, 2007.

Dated: August 27, 2007.

                                          Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
JUAN CARLOS GINARTE,            )
                                )
    Plaintiff,                  )
                                )
       v.                      )   Civil Action No. 06-2216 (RJL)
                                )
ROBERT S. MUELLER, III, et al., )
                                )
    Defendants.                 )
_____)

**O R D E R**

UPON CONSIDERATION of the defendants' consent motion for enlargement of time to file a reply brief and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendants' motion should be and is hereby GRANTED, and that defendant shall have through and including September 24, 2007 to file a reply brief.

_____                    _____
Date                                RICHARD J. LEON
                                    United States District Judge

**Copies to Counsel of Record through ECF**