```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF COLUMBIA

JUAN CARLOS GINARTE                *
                                   *
        Plaintiff                  *   Case No. 1:06CV02216 (RJL)
                                   *
   v.                              *
                                   *
ROBERT MUELLER, et al.             *
                                   *
        Defendants.                *
```

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT MOTION.**

Plaintiff respectfully moves, by consent of all parties, for leave to file a surreply to the Defendants' September 24, 2007, Reply to Plaintiff's Opposition to Defendants' Summary Judgment Motion ("Reply"), for the following grounds:

1.   When Plaintiff gave Defendants consent for an extension of time to file their Reply, Plaintiff's counsel conditioned said consent on Defendants consenting for Plaintiff to file a surreply, and Defendants' counsel Jane Lyons at that time gave such consent.

2.   Defendants' Reply raises new factual allegations, where the caselaw generally prohibits the consideration of new factual allegations raised for the first time in a reply to an opposition to a summary judgment motion.

1

3. The basis for Defendants' seeking more time to file its Reply was to add new factual allegations therein.

4. It would be manifestly unjust for the Court to consider any of the Reply's factual allegations without giving Plaintiff the opportunity to appropriately respond.

5. Administrative efficiency and justice will be best served by permitting the Plaintiff an opportunity to file a surreply, and Defendants consent to such a filing.

6. Plaintiff seeks leave to file a surreply by October 9, 2007, which is similar to the timeframe for filing an original opposition to a summary judgment motion, which timeframe is needed in part to respond to the new factual allegations contained in the Reply.

WHEREFORE, Plaintiff moves for leave to file a surreply by October 9, 2007.

Respectfully submitted,

MARKS & KATZ, L.L.C.


__/s/ Jonathan L. Katz_____

Jonathan L. Katz
DC Bar No. 425-615
1400 Spring St., Suite 410
Silver Spring, MD 20910
(301) 495-4300
Fax: (301) 495-8815
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing document was served by the CM/ECF filing system on September 28, 2007, to:

Jane M. Lyons, Esquire

                          ___/s/ Jonathan L. Katz_____
                             Jonathan L. Katz