UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JUAN CARLOS GINARTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06-2216 (RJL) |
| ) | |
| ROBERT S. MUELLER, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 19th day of February 2008, hereby

**ORDERED** that defendants' motion to dismiss and for summary judgment [#8] is GRANTED, and it is further

**ORDERED** that judgment is entered in favor of the Department of Justice, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge